IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02648-PAB-KLM

GUILLERMO H. GUTIERREZ,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motion for Dismissal [Docket No. 13]. On November 15, 2011, plaintiff filed an Amended Complaint [Docket No. 14]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion for Dismissal [Docket No. 13] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    ORDERED that defendants' Motion for Dismissal [Docket No. 13] is DENIED as moot.

    DATED November 16, 2011.